EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br><br><br><br>Solymar Ferreras Garriga | 2011 TSPR 166<br><br><br>183 DPR ____ |

Número del Caso: TS-12327

Fecha: 4 de noviembre de 2011

Abogado de la Parte Peticionaria:

      Lcdo. Luis M. Martínez Rivera

Oficina de Inspección de Notarías:

      Lcda. Lourdes I. Quintana Lloréns
      Directora

Oficina de la Procuradora General:

      Lcda. Minnie H. Rodríguez López
      Procuradora General Auxiliar

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

SOLYMAR FERRERAS GARRIGA

**Núm. TS-12327**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 4 de noviembre de 2011.

Atendida la *Moción en torno a Resolución* presentada por la Oficina del Procurador General y la *Moción en Cumplimiento de Resolución* presentada por la Oficina de Inspección de Notarías, se **reinstala** a la Lcda. Solymar Ferreras Garriga al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo